### Earline Durrell, Plaintiff in Error, v. Robert T. Durrell, Defendant in Error.

### Gen. No. 23,570.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. CHARLES M. THOMSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 14, 1918.

#### Statement of the Case.

Petition by Earline Durrell, plaintiff, against Robert T. Durrell, defendant, for restoration of a decree for alimony. From a decree dismissing the petition for want of equity, plaintiff brings error.

P. J. O'SHEA, for plaintiff in error.

McCULLOCH & McCULLOCH, for defendant in error; BERTRAM W. ROSENSTONE, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

Zelezny v. Birk Bros. Brew. Co. et al., 211 Ill. App. 282.

## Abstract of the Decision.

1. DIVORCE, § 134*—*what is ground for discontinuance of alimony.* A decree for the payment of alimony is properly changed so as to discontinue further monthly instalments where it appears that the wife is leading a life of prostitution.

2. DIVORCE, § 134*—*when validity of order discontinuing alimony may not be questioned.* A wife who consents in writing to an order of court discontinuing payment of future monthly instalments of alimony is precluded from questioning the validity of such order.